June 29, 1995
 [NOT FOR PUBLICATION]
 UNITED STATE COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 94-2143

 KEVIN G. TAYLOR,

 Petitioner, Appellant,

 v.

 UNITED STATES OF AMERICA,

 Respondent, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Walter Jay Skinner, U.S. District Judge] 

 

 Before

 Cyr, Boudin and Stahl,
 Circuit Judges. 

 

Kevin G. Taylor on brief pro se. 
Donald K. Stern, United States Attorney, and Kimberly S. Budd, 
Assistant U.S. Attorney, on brief for appellee.

 

 

 Per Curiam. This is an appeal of a district court order 

denying the motion of petitioner Kevin Taylor to set aside

his conviction and sentence. See 28 U.S.C. 2255. We 

affirm the district court's order substantially for the

reasons given by Judge Skinner, adding a brief comment. Like

the district court, we can find no indication that the lack

of counsel at arraignment affected petitioner's subsequent

trial. No presumption exists that lack of counsel at an

arraignment prejudices all subsequent stages of the

proceeding where, as here, the only significant happening at

the arraignment was the entry of a not guilty plea. And,

without some infection of the subsequent proceedings, there

is no warrant for relief under 2255.

 Affirmed.